

**ORDERED in the Southern District of Florida on December 30, 2021.**

                                                                                  **Robert A. Mark, Judge**
                                                                                  **United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO. 18-10239-RAM |
| | CHAPTER  13 |
| LUIS DIAZ, | |
| Debtor. | |

**ORDER SETTING HEARING ON ORDER TO SHOW CAUSE**

THIS CAUSE came before the Court *sua sponte* upon the Court's *Notice of Requirement to File Local Form 97 "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object"* ("Notice") [DE# 69].  The Notice states, in pertinent part:

> "[t]he debtor is required to file and serve the attached Local Form "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object"

on all parties of record. The trustee filed the notice of completion of plan payments and **the debtor has failed to timely file the Local Form** "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object. "NOTICE IS HEREBY GIVEN THAT the debtor must serve and file the Certificate and Motion **within 30 days of the date of this notice or the above case may be closed without entry of a discharge** and notice will be provided to all parties of record that the case was closed without entry of a discharge."

Despite service of the Notice upon Debtor's counsel, counsel has failed to file the Local Form 97.  The Debtor has completed the plan payments and it would be prejudicial to the Debtor for this case to be closed without the issuance of a discharge if it is the result of counsel's failure to file Local Form 97.

Therefore, it is

**ORDERED** as follows:

1.  Debtor's counsel of record, Ricardo Corona, Esq., shall appear before the Court on **February 8, 2022** at **9:00 a.m.**, and show cause why he has failed to file Local Form 97.  The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc.

2.  For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark

3.  To register for the video conference, click on the following link or manually enter the following link in a browser:

2

https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmlCDrtlqCZrs_TzvTdyAJ0

4. Failure to appear at the hearing or to file Local Form 97 prior to the hearing, may result in sanctions against Debtor's counsel and shall result in this case being closed without a discharge without any further notice or hearing. **If Local Form 97 is filed by the Debtor or the Debtor's attorney prior to the hearing, then the Debtor's attorney may upload an Order Discharging the Order to Show Cause and Cancelling the Hearing.**

###

COPIES TO:

Ricardo Corona, Esq.
Nancy K. Neidich, Trustee

Luis Diaz
2658 West 70th Place
Hialeah, FL 33016

**CLERK TO SERVE THE DEBTOR**